# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JORGE ORTIZ,<br><br>　　　　　　　Movant-Defendant,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　Respondent-Plaintiff. | 10cv759-BTM<br>CIV. CASE NO.　09cv2253<br>CRIM. CASE NO.　09cr469<br><br>**ORDER CONSTRUING RULE 60(b) MOTION AS A SUCCESSIVE § 2255 MOTION AND DISMISSING SUCCESSIVE § 2255 MOTION** |

　　　　In an order filed on November 20, 2009, the Court denied Defendant's § 2255 motion to vacate, set aside, or correct sentence and denied a Certificate of Appealability. On or about March 31, 2010, Defendant filed a "Brief in Support of Fed. R. Civ. P. Rule 60(b)(6)." In this brief, Defendant asserts a new ineffective assistance of counsel argument that was not included in his § 2255 motion, specifically, that counsel was ineffective for failing to argue for a downward departure based on the collateral consequences of Defendant's status as a non-citizen.

　　　　Defendant's motion is actually a successive § 2255 motion and the Court shall treat it as such. See Fuentes v. United States, 2009 WL 1350118 (D. Hawaii May 14, 2009) (construing new ineffective assistance of counsel argument raised in a Rule 60(b) motion as a successive § 2255 petition). The Court lacks jurisdiction to consider Defendant's successive § 2255 motion because the successive motion has not been certified by a panel of Ninth Circuit judges as required by 28 U.S.C. § 2255(h). Therefore, Defendant's successive § 2255 motion is **DISMISSED**.

**IT IS SO ORDERED.**

DATED: April 12, 2010

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge